**Bruce W. Brewer**, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MISCHLENE THOMPSON,** | CIVIL CASE NO. 06-690-AA |
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| **COMMISSIONER,** of Social Security Administration, | |
| Defendant. | |

Attorney fees in the amount of $7,499.00 are hereby awarded to plaintiff to be paid directly to plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412.

DATED this 15th day of March, 2007

_____
United States District Judge

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES